# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PRIDE PACKING CO., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MAF INDUSTRIES, INC.; and DOES 1 through 10, inclusive<br><br>Defendant. | CASE NO.: 1:13-cv-00573-AWI-GSA<br><br>The Honorable Gary S. Austin<br><br>**ORDER GRANTING PLAINTIFF'S NOTICE OF ERRATA REGARDING EXHIBIT "A" TO PLAINTIFF'S COMPLAINT**<br><br>Date Action Filed:   April 18, 2013<br>Trial Date:              None Set |

Upon consideration of Plaintiff, Pride Packing Co.'s ("Plaintiff"), Notice of Errata and request to deem **Exhibit "A"** attached thereto as FILED per the date of filing of Plaintiff's Complaint, April 18, 2013, and for good cause shown, the Court hereby **GRANTS** Plaintiff's request and **ORDERS** as follows:

1.   The two (2) blank pages inadvertently filed as **Exhibit "A"** to Plaintiff's Complaint and denoted in the Court's record as "Document 1-1" are hereby stricken from Plaintiff's Complaint and replaced by **Exhibit "1"** attached to

1   Plaintiff's Notice of Errata and deemed **FILED** as of the date of filing of Plaintiff's
2   Complaint, April 18, 2013.  The Clerk of the Court is directed to delete Exhibit A of
3   Plaintiff's complaint (Doc. 1-1) and replace it with Exhibit 1 attached to Plaintiff's
4   Notice of Errata. (Doc. 8-1).

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS SO ORDERED.

   Dated:   **June 10, 2013**                     **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE

PROOF OF SERVICE