UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| PRIDE PACKING CO., a Washington corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>MAF INDUSTRIES, INC.; and DOES 1 through 10, inclusive,<br><br>    Defendant. | CASE NO. 1:13-cv-00573-AWI-GSA<br><br>**ORDER RE; STIPULATION TO MODIFY SCHEDULING CONFERENCE ORDER AND CONTINUE TRIAL**<br><br>Trial Date:     January 19, 2015 |

The Court has reviewed the parties' stipulation filed on March 27, 2014. (Doc. 19). The Court will permit the proposed modification in this instance. However, it is noted that this is the *second* modification that has been granted. The parties are advised that requests for future modification will be looked upon with *great* disfavor.

Notwithstanding the above, the Pretrial Scheduling Conference Order shall be modified *in part* as follows. The pretrial conference date and the trial date have been changed slightly to accommodate the Court's schedule :

1. Non-Expert Discovery Deadline:        July 1, 2014
2. Expert Disclosure Deadline:           August 1, 2014
3. Supplemental Expert Disclosure:       August 15, 2014
4. Expert Discovery Cut-Off:             October 3, 2014
5. Non-dispositive Motion Filing:        October 10, 2014
6. Dispositive Motion Filing:            November 4, 2014

LEWIS BRISBOIS

7.  Pretrial Conference:                February 12, 2015 at 8:30 am

8.  Trial:                              April 7, 2015 at 8:30 am

The pretrial conference and the trial will be heard before the Honorable Anthony W. Ishii in Courtroom 2.

IT IS SO ORDERED.

Dated:  **March 31, 2014**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE