1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   DAVID S. WORTHINGTON, SB# 73233
2  MELISSA M. WHITEHEAD, SB# 262123
   2850 Gateway Oaks Drive, Suite 450
3  Sacramento, California 95833
   Telephone: 916.564.5400
4  Facsimile: 916.564.5444

5  **GUBLER & ABBOTT, LLP**
   E. WARREN GUBLER, SB# 109317
6  BRETT ABBOTT, SB# 246905
   1110 N. Chinowth Street
7  Visalia, California 93291
   Telephone:  (559) 625-9600
8  Facsimile:  (559) 0625-9605

9  Attorneys for Defendant MAF
   INDUSTRIES, INC.
10

11              UNITED STATES DISTRICT COURT

12       EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

13

14

15  PRIDE PACKING CO., a Washington    CASE NO. 1:13-cv-00573-AWI-GSA
    corporation,
16                                      **STIPULATION TO MODIFY**
             Plaintiff,                 **SCHEDULING CONFERENCE**
17                                      **ORDER AND CONTINUE TRIAL;**
         vs.                            **ORDER THEREON**
18
    MAF INDUSTRIES, INC.; and DOES
    1 through 10, inclusive,            Doc. 21
19
             Defendant.
20

21

22       IT IS HEREBY STIPULATED between Plaintiff PRIDE PACKING CO. and

23  Defendant MAF INDUSTRIES, INC., as follows:

24       In order to facilitate the additional discovery needed to be completed by both

25  parties in order to prepare this case for trial or mediation, the parties jointly request

26  that this Court modify its pretrial Scheduling Conference Order and re-set discovery

27  and motion deadlines, as well as trial dates. Specifically, the parties stipulate and

28  agree that an extension of all dates is necessary because:

1.   Additional documents and witnesses were identified at the recent depositions of witnesses in Yakima, WA, which were previously unknown to counsel for both parties, and which will need to be located and produced/deposed.

2. Key witnesses, parties, and experts for both Plaintiff and defense have been required to take time away from assisting in the litigation due to a substantial harvest in cherry season, June-July 2014.

3. The parties are hopeful that once the summer harvest is completed and the additional witnesses deposed and documents produced, the parties will be in a position to negotiate a potential business resolution.

For the above reasons, the parties stipulate and request the Court modify its pretrial Scheduling Conference Order as follows:

1.  Non-Expert Discovery Deadline:         September 29, 2014

2.  Expert Disclosure Deadline:            October 30, 2014

3.  Supplemental Expert Disclosure:        November 13, 2014

4.  Expert Discovery Cut-Off:              January 2, 2015

5.  Non-dispositive Motion Filing:         January 8, 2015

6.  Dispositive Motion Filing:             February 2, 2015

7.  Pretrial Conference:                   April 16, 2015

8.  Trial:                                 May 26, 2015

///
///
///
///
///
///
///
///
///

STIPULATION TO MODIFY SCHEDULING CONFERENCE ORDER; ORDER THEREON

LEWIS
BRISBOIS

For the reasons outlined above, the parties agree that there is good cause for this modification, as both parties require additional discovery to be completed in order to prepare this matter for trial and/or mediation. Such discovery cannot be completed by the currently set deadline of July 1, 2014.

DATED: June 30, 2014                LEWIS BRISBOIS BISGAARD & SMITH LLP

                                    By: /s/
                                        Melissa M. Whitehead
                                        Attorneys for Defendant TOLEDO
                                        ENGINEERING CO., INC.

DATED: June  30, 2014               RIDOUT LYON + OTTOSON, LLP

                                    By: /s/
                                        GARY C. OTTOSON
                                        DAYNA C. CARTER
                                        CINDY T. NGUYEN
                                        Attorneys for Plaintiff PRIDE PACKING,
                                        CO.

## ORDER

The Court has reviewed the parties' stipulation set forth above.  Doc. 21.  The Court notes that this is the parties' *third* request to modify the Court's scheduling order.  *See* Docs. 17, 19, 21.  The Court has previously advised the parties that repeated requests to modify the scheduling order are strongly disfavored and further reminds the parties that all requests to modify the scheduling order must be based upon a showing of good cause.  Doc. 20.  In this instance, the Court adopts the parties' stipulation with some changes to accommodate the Court's schedule.

According, the scheduling order is modified as follows:

1. Non-Expert Discovery Deadline:        September 29, 2014

2. Expert Disclosure Deadline:           October 30, 2014

3. Supplemental Expert Disclosure:       November 13, 2014

4. Expert Discovery Cut-Off:             January 2, 2015

5. Nondispositive Mtn. Filing Deadline:  January 8, 2015

6. Dispositive Motion Filing Deadline:   February 5, 2015

1      7.  Pretrial Conference:                April 30, 2015 at 10:00 a.m.

2      8.  Trial:                              June 30, 2015 at 8:30 a.m.

3        The pretrial conference and trial will be heard before District Judge Anthony

4   W. Ishii in Courtroom 2.

5

6   IT IS SO ORDERED.

7      Dated:   __**July 3, 2014**__        _____**/s/ Gary S. Austin**_____

8                                        UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28