**RIDOUT LYON + OTTOSON, LLP**
GARY C. OTTOSON, ESQ. (State Bar No. 43596)
    Email: g.ottoson@rlollp.com
DAYNA C. CARTER, ESQ. (State Bar No. 253629)
    Email: d.carter@rlollp.com
555 E. Ocean Blvd., Suite 500
Long Beach, California  90802
(562) 216-7380 Telephone
(562) 216-7385 Facsimile

Attorneys for Plaintiff,
PRIDE PACKING CO.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DAVID S. WORTHINGTON, SB# 73233
MELISSA M. WHITEHEAD, SB# 262123
2850 Gateway Oaks Drive, Suite 450
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant,
MAF INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PRIDE PACKING CO., a Washington corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>MAF INDUSTRIES, INC.; and DOES 1 through 10, inclusive,<br><br>        Defendant. | CASE NO. 1:13-cv-00573-AWI-GSA<br><br>**ORDER MODIFYING SCHEDULING CONFERENCE ORDER AND CONTINUING TRIAL**<br><br>(Doc. 24) |

The Court, having fully considered the Parties' Joint Stipulation to Modify Scheduling Conference Order and Continue Trial, and good cause appearing therefore, IT IS HEREBY ORDERED:

    I.    The Parties' Request to Modify Scheduling Conference Order and Continue the Trial of this matter is GRANTED;

II. The Scheduling Conference Order as to expert discovery, the pretrial conference, and trial is now as follows:[1]

| | | |
|---|---|---|
| 1. | Expert Disclosure Deadline: | July 31, 2015 |
| 2. | Supplemental Expert Disclosure: | August 28, 2015 |
| 3. | Expert Discovery Cut-Off: | September 30, 2015 |
| 4. | Non-dispositive Motion Filing Deadline: | October 15, 2015 |
| 5. | Dispositive Motion Filing Deadline: | October 15, 2015 |
| 6. | Pretrial Conference: | January 7, 2016 |
| 7. | Trial: | March 1, 2016 |

The pretrial conference is set for 10:00 a.m. on January 7, 2016 in Courtroom 2, before District Judge Anthony W. Ishii.  The trial is set for 8:30 a.m. on March 1, 2016 in Courtroom 2, before Judge Ishii.

IT IS SO ORDERED.

Dated:   **February 24, 2015**                                **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has modified the deadlines and dates proposed by the parties to comport with the Court's scheduling and spacing requirements.