GARY C. OTTOSON, ESQ. (State Bar No. 43596)
**LAW OFFICE OF PAUL M. HITTELMAN**
Email: gottoson5@gmail.com
12011 San Vicente Blvd., Suite 600
Los Angeles, CA 90049
(310) 367-6679 (Telephone)
(310) 471-7655 (Facsimile)

JOSEPH A. SALAZAR, JR. (State Bar No. 169551)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Email: Joe.Salazar@lewisbrisbois.com
2850 Gateway Oaks Drive, Suite 450
Sacramento, California 95833
(916) 564-5400 (Telephone)
(916) 564-5444 (Facsimile)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PRIDE PACKING CO., a Washington corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>MAF INDUSTRIES, INC.; and DOES 1-10, inclusive.<br><br>          Defendants | CASE NO. 1:13-cv-00573-AWI-EPG<br><br>Assigned to The Hon. Anthony W. Ishii<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER CONTINUING PRETRIAL CONFERENCE AND RELATED DATES** |

   IT IS HEREBY STIPULATED between Plaintiff PRIDE PACKING CO. and Defendant MAF INDUSTRIES, INC., by and through their attorneys of record, as follows:

   In order to accommodate scheduling obstacles and facilitate settlement discussions through mediation (currently reserved for January 6, 2016), the parties jointly request that the Court modify its pretrial Scheduling Conference Order by rescheduling the Pretrial Conference from January 7, 2016, to **January 28, 2016**, with all related disclosure dates (pretrial reports) to

1 move based on the new Pretrial Conference date.  The parties are not requesting a continuance of
2 the March 1, 2016, trial date but are amenable to a short continuance if the Court so desires in
3 accordance to availability of either April 26, 2016, May 3, 2016 or May 10, 2016; **May 3, 2016**
4 being the preferred date.

Dated:  December 16, 2015                    LAW OFFICES OF PAUL M. HITTELMAN

                                                                     _____/S/_____
                                                                     GARY C. OTTOSON
                                                                     Attorney for Plaintiff, PRIDE PACKING CO.

Dated:  December 16, 2015                    LEWIS BRISBOIS BISGAARD & SMITH LLP

                                                                     _____/S/_____
                                                                     JOSEPH A. SALAZAR, JR.
                                                                     Attorney for Defendant, MAF INDUSTRIES, INC.

## **ORDER**

In light of the parties' stipulation, IT IS HEREBY ORDERED that:

1. The January 6, 2016 pre-trial conference date is VACATED and RESET to January 28, 2016 at 10:00 a.m. in Courtroom No. 2; and

2. The March 1, 2016 trial date is VACATED and RESET to April 26, 2016, at 8:30 a.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated:   December 23, 2015                   _____
                                                                     SENIOR  DISTRICT  JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28