1
2
3
4
5

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PRIDE PACKING COMPANY, a Washington corporation,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**MAF INDUSTRIES, INC., and DOES 1 through 10, inclusive,**<br><br>**Defendant.** | 1:13-cv-0573 AWI EPG<br><br><br>**ORDER DIRECTING SUBMISSION OF LEGIBLE EXHIBIT** |

In this action in diversity, the parties have made a number of motions in limine that relate to the admissibility or inadmissibility of evidence in light of certain provisions of the agreement between the parties for the purchase of a mechanized cherry processing line (hereinafter, the "Contract"). As submitted to the court, the Contract consists of two distinct portions; a six-page portion that describes the components of the cherry processing line being sold and purchased as well as duties and responsibilities of the parties with regard to installation, start-up and training. The second portion is a single-page document titled, "Terms and Conditions." Presently, the "Terms and Conditions" portion of the Contract is found at page 39 of Docket Number 46. The court finds this document is illegible as filed. Pursuant to Local Rules 7-130 and 39-138, the court requires that conventionally filed exhibits or electronically filed copies of scanned originals be legible and/or readable.

Finding that the afore-mentioned copy located at page 39 Docket Number 46 is neither legible nor readable, it is hereby ORDERED that Defendant shall either:

(1)  File and serve a legible copy of the original document represented by page 39 of Docket Number 46; or,

(2)  file a legible facsimile of the original document together with a stipulation by both parties that the facsimile consists of wording that is identical to that contained in the signed original document.

Defendant shall file the legible document not later than four (4) days from the date of filing of this order.

IT IS SO ORDERED.

Dated:   March 17, 2016                                  _____
                                                                            SENIOR DISTRICT JUDGE