UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PRIDE PACKING CO.**, a Washington corporation,, <br><br>Plaintiff<br><br>v.<br><br>**MAF INDUSTRIES, INC.**; and DOES 1-10, inclusive,<br><br>Defendants | CASE NO. 1:13-cv-00573-AWI-GSA <br><br> ORDER DIRECTING TELEPHONIC CONFERENCE RE: POTENTIAL FOR SETTLEMENT OF ISSUES OF LAW |

Currently before the court are Parties' motions in limine, which are scheduled for hearing on April 4, 2016. In preparation for the hearing the court has reviewed the Parties' motions and has concluded that the interests of conservation of judicial resources might better be served if those issues that appear to the court to be matters of law – such as integration of the contract and the enforceability of the "Terms and Conditions" portion of the contract – are resolved prior to any trial. Because the court finds that resolution of these, and possibly other, issues of law prior to trial may substantially narrow the issues to be tried or eliminate the need for trial altogether, the court wishes to explore the possibility of additional dispositive motions as soon as possible through a telephonic conference.

THEREFORE, it is hereby ORDERED that the Parties appear before the court telephonically on Thursday, March 31, 2016, at 1:30 p.m. For instructions on the use of the court's telephonic conference equipment, please call the Deputy Clerk at the general chambers telephone number, (559)499-5660.

IT IS SO ORDERED.

Dated:   March 25, 2016                              _____
                                                                                 SENIOR DISTRICT JUDGE